UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE CRAWFORD-BRUNT,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>PETER KRUSKALL,  )<br>  )<br>      Defendant.  )<br>  ) | Civil Action No.<br>17-11432-FDS |

## VERDICT FORM

**Fraud (Claim 1)**

*As to question 1, mark an "X" in the appropriate place:*

1. As to the claim for fraud, we find for

   _____ Plaintiff Andre Crawford-Brunt         __X__ Defendant Peter Kruskall

**Damages**

*If you found for the plaintiff on question 1, answer question 2. If you found for the defendant on question 1, do not answer question 2. In either case, proceed to question 3.*

2. What amount of money will fully and fairly compensate plaintiff Andre Crawford-Brunt for any damages caused by defendant Peter Kruskall?

   _____

**Reformation of the Contract (Claim 2)**

*As to question 3, mark an "X" in the appropriate place:*

3.  As to the claim for reformation of the contract, we find for

_____ Plaintiff Andre Crawford-Brunt        \_\_X\_\_ Defendant Peter Kruskall


**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _____[signature]_____   DATE: 6/27/22

2