UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Andre Crawford-Brunt**
        Plaintiff(s)

v.    CIVIL ACTION NO. **17-11432-FDS**

**Peter Kruskall**
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

F. Dennis Saylor, IV

**X**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Peter Kruskall

Robert M. Farrell, Clerk

Dated: JUly 8, 2022    /s/ Matthew McKillop
        Deputy Clerk